```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0253--CV (RRB)
              "FIRE ISLAND FISHERIES V QUALITY MARINE ET AL"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 10/13/04
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (120) Marine

             Origin: (5) Transferred
             Demand: 600
         Filing fee: Waived
           Trial by: Court
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| PLF 1.1 | | FIRE ISLAND FISHERIES CORP | Anthony Urie<br>Law Office of Anthony Urie<br>7545 - 15th Avenue NW<br>Seattle, WA 98117<br>206-784-6100<br>FAX 206-784-6478<br><br>Joseph Williams<br>414 3rd Avenue W, Suite 2<br>Seattle, WA 98199<br>206-571-4522 |
| DEF 1.1 | | QUALITY MARINE OF ALASKA INC | Eric P. Gillett<br>Preg O'Donnell et al<br>1800 9th Avenue, Suite 1500<br>Seattle, WA 98101-1340<br>206-287-1775<br>FAX 206-287-9113 |
| DEF 2.1 | [T] | NEW WEST FISHERIES INC | No counsel found for this party! |
| DEF 3.1 | [T] | NAUTICAL SPECIALTIES INC | No counsel found for this party! |
| DEF 4.1 | [T] | ALASKA CATCH LLC | No counsel found for this party! |
| 3PP 1.1 | | QUALITY MARINE OF ALASKA INC | Eric P. Gillett<br>(see above) |
| 3DF 1.1 | | AGATE PASS PARTNERSHIP LLP | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A04-0253--CV (RRB)
            "FIRE ISLAND FISHERIES V QUALITY MARINE ET AL"

                      For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/13/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (120) Marine

            Origin: (5) Transferred
            Demand: 600
        Filing fee: Waived
          Trial by: Court



Document #  Filed     Docket text

   21 -   1  10/01/04  Certified Copy of Stipulation & Order transferring case 04-cv-01284 JLR
                       Western District of Washington (Seattle) to USDC Alaska w/att cert
                       copies of documents.

 NOTE -   1  10/13/04  Notation: All transferred documents are listed on the manual docket
                       sheet lodged in the orginal file.

   22 -   1  10/13/04  RRB Minute Order Notice of Transfer and Order.  The above case was
                       transferred from Western District of WA (Seattle) 04-cv-01284 JLR to
                       District of AK  A04-0253CV (RRB).  Use A04-0253CV (RRB) on all future
                       filings.  Cnsl for plf shall serve and file w/crt on or before 15 days
                       from date of this order a jnt rpt as to status of this case.  cc: cnsl,
                       A. Urie, W. Kiendl, S. Gibbons

   23 -   1  11/01/04  PLF 1 Application re: non-resident attorney Anthony Urie and Joseph
                       Williams to appear and participate as counsel for plf w/out local
                       counsel.

   24 -   1  11/02/04  RRB Order granting application of non-resident attorneys Anthony M. Urie
                       and Joseph Wilson to appear and participate w/out local counsel unless
                       problems develop.  cc: cnsl

   25 -   1  11/12/04  DEF 3 motion for admission of counsel Joel E. Wright and William R.
                       Kiendl to appear pro hace vice.

   26 -   1  11/15/04  RRB Order granting motion for admission of counsel Joel E. Wright and
                       William R. Kiendl to appear and participate as counsel for def Nautical
                       Specialties w/out association with local counsel (25-1).  cc: cnsl

   27 -   1  11/16/04  PLF 1 Dismissal Notice (Party(s)) re: DEF 3.

   28 -   1  11/29/04  PLF 1; DEF 1 Status Report.

   29 -   1  12/02/04  RRB Minute Order a status hrg is set for 12/17/04 at 10:00 a.m. in
                       Corutroom #3.  cc: cnsl

   30 -   1  12/17/04  RRB Court Minutes [ECR: Robin Carter] Status hearing held 12/17/04.
                       Plf's oral mot to dimiss Ak. Catch LLC from htis case is granted.  Cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A04-0253--CV (RRB)
                          "FIRE ISLAND FISHERIES V QUALITY MARINE ET AL"

                                       For all filing dates

 Document #     Filed       Docket text
 ----------     -----       -----------
                            to file appropriate order.  Continued stat hrg set for 4.4.05 at 8:30
                            a.m.  Parties may appear telephonically.  cc: cnsl

     31 -  1   12/22/04     RRB Scheduling and Planning Order setting pretrial deadlines: Original
                            discovery 10/31/05; Dispositive motions deadline 12/02/05; Estimate of
                            trial 3 days; TBC. cc: cnsl

     32 -  1   03/15/05     DEF 1 motion to compel (FRCP 37).

     33 -  1   04/04/05     RRB Court Minutes [ECR: Caroline Edmiston] re: Cont Status Hrg (held
                            04/04/05); Discovery Depo to take place 04/15/05; def oral mot to extend
                            the deadline on the mot to amend Granted; mot to amend to be filed on or
                            before 04/29/05; Continued Status Conference set 05/26/05 at 11:30 a.m..
                            cc: cnsl.

     34 -  1   04/20/05     RRB Order denying as moot motion to compel (FRCP 37) (32-1).

     35 -  1   04/26/05     DEF 1 motion to amend answer to include counterclaim and third party
                            complaint w/att memo and amended answer, counterclaim and third party
                            complaint NOT SIGNED.

     36 -  1   05/18/05     RRB Order granting motion to amend answer to include counterclaim and
                            third party complaint (35-1).  cc: cnsl

     37 -  1   05/24/05     DEF 1 Answer (Amended).

     37 -  2   05/24/05     DEF 1 Counterclaim.

     37 -  3   05/24/05     3PP 1 Complaint (Third-party).

     38 -  1   05/27/05     RRB Court Minutes [ECR: Robin Carter] Re Cont stat hrg (held 5/26/05);
                            Nautical Specialties Inc. is to be removed from the case caption in all
                            future filings; cnsl to file stip pretrial order.  cc: cnsl

     39 -  1   05/31/05     PLF 1 Notice of unavailability from 6/13/05 to July 25, 2005.

   NOTE -  2   06/01/05     Issued: summons re: 3DF-1.

     40 -  1   06/13/05     PLF 1 Address Change Notice of atty.

     41 -  1   06/20/05     RRB Pretrial Order setting the following dates: Discovery to close
                            03/03/06. Final wit list due 1/16/06.Rule 26 disclosures due by 30 days
                            before trial.    cc: cnsl RRB Order

     42 -  1   06/22/05     RRB Pretrial Order setting the following dates: Final pretrial
                            conference 04/13/06 at 8:30 a.m.; Exhibits due 03/28/06; Trial by court
                            set 04/17/06 at 8:30 a.m., estimated to last 3 days.    cc: cnsl

     43 -  1   07/13/05     3DF 1 Attorney Appearance of R. Bruce Johnston.

     44 -  1   11/21/05     3DF 1 Disclosure of expert rpt.
```