Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
Phone: (206) 287-1775
Fax: (206) 287-9113
Attorney for Defendant/Third-party Plaintiff
Quality Marine of Alaska, Inc.

FILED

DEC 2 0 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ PD _____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FIRE ISLAND FISHERIES CORPORATION, a Washington Corporation,<br><br>　　　　　　　　Plaintiff(s),<br><br>v.<br><br>QUALITY MARINE OF ALASKA, an Alaskan Corporation; ALASKACATCH LLC, a Washington Corporation; and NAUTICAL SPECIALTIES, INC., a Michigan Corporation,<br><br>　　　　　　　　Defendant(s). | NO. A04-0253CV (RRB) |
| QUALITY MARINE OF ALASKA, an Alaskan Corporation,<br><br>　　　　　　　　Third-party Plaintiff(s),<br><br>v.<br><br>AGATE PASS PARTNERSHIP, LLP, a Washington Limited Liability Partnership,<br><br>　　　　　　　　Third-party Defendant(s). | |

QUALITY MARINE OF ALASKA'S RESPONSE TO PLAINTIFF'S MOTION FOR

PARTIAL SUMMARY JUDGMENT AND MOTION TO STRIKE

DECLARATION OF KIRK GREINER

　　Defendant Quality Marine of Alaska submits this brief in response to the Plaintiff's Motion for Partial Summary Judgment. Quality Marine of Alaska does not dispute liability for the

fire in this matter, nor does it contest entry of summary judgment on that issue, but notes that the motion has no effect on the determination of the causation or amount of damages which are still at issue in this litigation.

Quality Marine of Alaska moves to strike the Declaration of Kirk Greiner and attached exhibits from consideration of Plaintiff's Motion for Partial Summary Judgment. Mr. Greiner has no personal knowledge of the facts, and his "expert report" does not offer any information relevant for making any determination of liability in this case. Mr. Greiner's report unnecessarily reiterates what he read in deposition transcripts.

Mr. Greiner's testimony is inadmissible pursuant to FRE 402 (evidence which is not relevant is inadmissible); FRE 403 (testimony is inadmissible if it needlessly presents cumulative evidence); FRE 602 (witness may not testify to a matter without having established personal knowledge of that matter); and FRE 802 (hearsay is not admissible).

For these reasons, Quality Marine of Alaska requests that Kirk Greiner's Declaration and attachments be stricken from the record for this motion.

DATED this _15th_ day of December, 2005.

PREG O'DONNELL & GILLETT PLLC

By_____
Eric P. Gillett, ABA 8611111
Attorneys for Defendant/Third-party Plaintiff
Quality Marine of Alaska, Inc.

# DECLARATION OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this day the undersigned caused to be served in the manner indicated below a copy of:

1. Quality Marine of Alaska's Response to Plaintiff's Motion for Partial Summary Judgment and Motion to Strike Declaration of Kirk Greiner;

directed to the following individuals:

**Counsel for Plaintiff:**
Mr. Anthony M. Urie
Attorney at Law
7545 15th Ave. Northwest
Seattle, WA 98117

\_\_\_ Via Messenger
\_\_\_ Via Facsimile – (206) 784-6478
_X_ Via U.S. Mail, postage prepaid
\_\_\_ Via Overnight Mail, postage prepaid
\_\_\_ Via Email, with recipient's approval

**Counsel for Defendant AlaskaCatch, LLC:**
Steven V. Gibbons, Esq.
Gibbons & Associates, P.S.
15011 Skogen Lane NE
Bainbridge Island, WA 98110

\_\_\_ Via Messenger
\_\_\_ Via Facsimile – (206) 381-3341
_X_ Via U.S. Mail, postage prepaid
\_\_\_ Via Overnight Mail, postage prepaid
\_\_\_ Via Email, with recipient's approval

**Counsel for Defendant Agate Pass Partnership LP:**
Mr. R. Bruce Johnston
Law Office of R. Bruce Johnston
8040 Northeast Day Road West, Suite 6E
Bainbridge Island, WA 98110

\_\_\_ Via Messenger
\_\_\_ Via Facsimile – 206 (206) 201-5107
_X_ Via U.S. Mail, postage prepaid
\_\_\_ Via Overnight Mail, postage prepaid
\_\_\_ Via Email, with recipient's approval

DATED at Seattle, Washington, this 16th day of December, 2005.

Preg O'Donnell & Gillett PLLC

_/s/ Michelle M. Morgan_
Michelle M. Morgan, Legal Assistant

DECLARATION OF SERVICE - 1
10217-0005 22377.doc

**PREG O'DONNELL & GILLETT** PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113