Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA  98101-1340
Phone:  (206) 287-1775
Fax:  (206) 287-9113
Attorney for Defendant/Third-party Plaintiff
Quality Marine of Alaska, Inc.

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FIRE ISLAND FISHERIES CORPORATION, a Washington Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>QUALITY MARINE OF ALASKA, an Alaskan Corporation; ALASKACATCH LLC, a Washington Corporation; and NAUTICAL SPECIALTIES, INC., a Michigan Corporation,<br><br>Defendant(s). | NO.  A04-0253CV (RRB) |
| QUALITY MARINE OF ALASKA, an Alaskan Corporation,<br><br>Third-party Plaintiff(s),<br><br>v.<br><br>AGATE PASS PARTNERSHIP, LLP, a Washington Limited Liability Partnership,<br><br>Third-party Defendant(s). | |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR FEES/SANCTIONS

Defendant Quality Marine of Alaska submits this notice to the Court that the parties have conferred and plaintiff has agreed to strike its Motion for Fees/Sanctions contained in Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Partial Summary Judgment, and has

1

agreed that Kirk Greiner's opinion may be stricken with regard to liability.  See paragraphs 3 and 4 of letter from plaintiff's counsel dated January 4, 2006 (Exhibit A).

DATED this 4th day of January, 2006.

PREG O'DONNELL & GILLETT PLLC

By_____/s/_____
      Eric P. Gillett, ABA 8611111
      Attorneys for Defendant/Third-party Plaintiff
      Quality Marine of Alaska, Inc.

2

## DECLARATION OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this day the undersigned caused to be served in the manner indicated below a copy of:

1.    Notice of Withdrawal of Plaintiff's Motion for Fees/Sanctions;

directed to the following individuals:

**Counsel for Plaintiff**:
Mr. Anthony M. Urie
Attorney at Law
7545 15th Ave. Northwest
Seattle, WA 98117

**____ Via Messenger**
**_X_ Via Facsimile – (206) 784-6478**
**_X_ Via U.S. Mail, postage prepaid**
**____ Via Overnight Mail, postage prepaid**
**____ Via Email, with recipient's approval**

**Counsel for Defendant Agate Pass Partnership LP**:
Mr. R. Bruce Johnston
Agate Pass Partnership LP
8040 Northeast Day Road West, Suite 6-E
Bainbridge Island, WA 98110

**____ Via Messenger**
**_X_ Via Facsimile – (206) 201-5107**
**_X_ Via U.S. Mail, postage prepaid**
**____ Via Overnight Mail, postage prepaid**
**____ Via Email, with recipient's approval**

DATED at Seattle, Washington, this _____ day of January, 2006.

_____/s/_____
Eric P. Gillett

3