

**Anthony M. Urie**
ATTORNEY AT LAW

7545 – 15th Avenue NW
Seattle WA 98117
206-784-6100
Fax: 206-784-6478
E-mail: anthonyurie@gmail.com

Admitted in Washington and California

January 4, 2006

Angela Bagby
1800 Ninth Ave, Suite 1500
Seattle, WA 98101-1340

          In re: Fire Island Fisheries Corp. v. Quality Marine of Alaska, et al.

Dear Ms. Bagby:

    This letter is a follow up from our conversation of this date.

1. The deposition of Mark Donvick set for tomorrow is postponed and he may deposed at anytime by either party depending on his availability within 2 weeks of trial.
2. The deposition of Kurt Peterson may be taken at anytime up until 2 weeks of trial.
3. Plaintiff's Motion for Fees and Sanctions is currently stricken without prejudice and may be re-noted.
4. Plaintiff stipulates that Kirk Greiner's opinion may be stricken with regard to liability however, plaintiff may need his testimony and or declaration as rebuttal on causation issues. I understand that you may object to this.

    I would appreciate your assistance in notifying the court that plaintiff wishes to strike its motion for fees and sanctions at the present time without prejudice.

Very truly yours,

Anthony M. Urie