Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
Phone: (206) 287-1775
Fax: (206) 287-9113
Attorney for Defendant/Third-party Plaintiff
Quality Marine of Alaska, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FIRE ISLAND FISHERIES CORPORATION, a Washington Corporation,<br><br>                                      Plaintiff(s),<br>v.<br><br>QUALITY MARINE OF ALASKA, an Alaskan Corporation; ALASKACATCH LLC, a Washington Corporation; and NAUTICAL SPECIALTIES, INC., a Michigan Corporation,<br><br>                                      Defendant(s). | NO. A04-0253CV (RRB)<br><br>DEFENDANT/THIRD-PARTY PLAINTIFF QUALITY MARINE OF ALASKA, INC.'S FINAL REVISED WITNESS LIST |
| QUALITY MARINE OF ALASKA, an Alaskan Corporation,<br><br>                                      Third-party Plaintiff(s),<br>v.<br><br>AGATE PASS PARTNERSHIP, LLP, a Washington Limited Liability Partnership,<br><br>                                      Third-party Defendant(s). | |

       Defendant/Third-Party Plaintiff Quality Marine of Alaska, Inc., (hereinafter "Quality Marine") hereby submits its Final Revised Witness List pursuant to the Agreed Pretrial Order entered with the court on June 20, 2005. The following lay witnesses and expert witnesses have been previously disclosed in Quality Marine's Initial, Supplemental and Expert Report Disclosures pursuant to FRCP 26 (a)(1)(2).

1

# I.  LAY WITNESSES

1. Theresa Butts
   Dennis Butts
   Quality Marine of Alaska, Inc.
   c/o Preg O'Donnell & Gillett, PLLC
   1800 Ninth Ave., Suite 1500
   Seattle, WA  98101-1340
   907-274-7544

   Attorney/client privilege applies.

2. Roy Brown
   The Polaris Group
   323 Caroline Street, Suite 104
   Kodiak, AK 99615
   907-486-4342

   Mr. Brown may testify regarding his investigation of the F/V Starrigavan.

3. Ernest Carman
   P. O. Box 2286
   Seward, AK 99664
   907-224-2711

   Mr. Carman is an employee of Quality Marine of Alaska and may testify regarding the condition of the F/V Starrigavan and the alleged fire and damages that are the subject of this claim.

4. Ron Sprouse
   11924 Copper Mountain Drive
   Eagle River, AK 99577
   907-694-6338

   Mr. Sprouse was an employee of Quality Marine of Alaska and may testify regarding the condition of the F/V Starrigavan and the alleged fire and damages that are the subject of this claim.

5. John Welsh
   P. O. Box 963
   Seward, AK 99556
   907-224-3250

Mr. Welsh is an employee of Quality Marine of Alaska and may testify regarding the condition of the F/V Starrigavan and the alleged fire and damages that are the subject of this claim.

6.   David Squires
     Seward Fire Department
     P. O. Box 167
     Seward, AK 99664
     907-224-3445

Representatives of the Seward Fire Department may testify regarding the alleged fire and damages that are the subject of this claim.

7.   Wil Hawkins
     PO Box 3261
     Seward, AK
     (907) 224-3808

Mr. Hawkins may testify regarding the condition of the F/V Starrigavan prior to the alleged damages and his knowledge fishing boats and revenues.

8.   Ryan Ambacher
     AC Electric
     P.O Box 3524
     Seward, AK  99664
     907-362-1092

Mr. Ambacher from AC Electric may testify regarding repairs being made to the F/V Starrigavan vessel while in Seward and the alleged fire damage.

9.   Pat Marrs
     Communications North, LLC
     204 Nash Rd.
     Box 2009
     Seward, AK  99664
     907-224-8908

Mr. Marrs may testify regarding repairs and work done on the F/V Starrigavan vessel while in Seward and the alleged fire damage.

10.  Karl VanBuskirk
     Storm Chasers Marine Services, Inc.
     P.O. Box 757
     Seward, AK  99664
     907-224-3536

Mr. VanBuskirk may testify regarding repairs and work done on the F/V Starrigavan vessel while in Seward.

11. Doug D. Dixon
    Pacific Fishermen, Inc.
    5351 – 24th Avenue N. W.
    Seattle, WA 98107
    206-784-2562

Mr. Dixon may testify regarding the F/V Starrigavan upon its return to Seattle after the alleged damages.

12. Bud Peterson
    Dave Hilty
    AlaskaCatch, LLC
    c/o Steven V. Gibbons
    15011 Skogen Lane N.E.
    Bainbridge Island, WA 98110
    206-381-3340

Representatives of AlaskaCatch, LLC may testify regarding the towing of the F/V Starrigavan through the use of their vessel the M/V West.

13. Flip Foldager
    Seward City Harbor Employee
    P. O. Box 167
    Seward, AK 99664
    907-224-3138

Mr. Foldager may testify regarding his knowledge of the scheduled launch date of the F/V Starrigavan vessel from Seward, Alaska.

14. Jim Beckham
    Seward City Prior Harbormaster
    P. O. Box 167
    Seward, AK 99664
    907-224-3138

Mr. Beckham may testify regarding the alleged fire and damages that are the subject of this claim.

.

4

## II.  EXPERT WITNESSES

15.   Steven Hughes
      1900 West Nickerson Street, Suite 207
      Seattle, WA 98119

Mr. Hughes may testify regarding plaintiff's claim for lost fishing profits.


DATED this _____ day of January, 2006.

                          PREG O'DONNELL & GILLETT PLLC


                          By_____
                              Eric P. Gillett, ABA 8611111
                          Attorneys for Defendant/Third-party Plaintiff
                          Quality Marine of Alaska, Inc.

22297.doc  10217-0005

## DECLARATION OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this day the undersigned caused to be served in the manner indicated below a copy of:

1. Defendant/Third-Party Plaintiff Quality Marine of Alaska, Inc.'s Final Revised Witness List

directed to the following individuals:

**Counsel for Plaintiff**:
Mr. Anthony M. Urie
Attorney at Law
7545 15th Ave. Northwest
Seattle, WA 98117

___ **Via Messenger**
___ **Via Facsimile – (206) 784-6478**
___ **Via U.S. Mail, postage prepaid**
___ **Via Overnight Mail, postage prepaid**
___ **Via Email, with recipient's approval**

**Counsel for Defendant Agate Pass Partnership LP**:
Mr. R. Bruce Johnston
Agate Pass Partnership LP
8040 Northeast Day Road West, Suite 6-E
Bainbridge Island, WA 98110

___ **Via Messenger**
___ **Via Facsimile – (206) 201-5107**
___ **Via U.S. Mail, postage prepaid**
___ **Via Overnight Mail, postage prepaid**
___ **Via Email, with recipient's approval**

DATED at Seattle, Washington, this _____ day of January, 2006.

_____
Mary R. Allen

22297.doc 10217-0005