IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FIRE ISLAND FISHERIES CORPORATION, a Washington Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>QUALITY MARINE OF ALASKA, INC., an Alaskan Corporation, ALASKA CATCH, LLC, a Washington Corporation; and NAUTICAL SPECIALTIES, INC., a Michigan Corporation,<br><br>    Defendants. | Case No. A04-0253 CV (RRB)<br><br>**ORDER GRANTING<br>PLAINTIFF'S MOTION FOR<br>PARTIAL SUMMARY JUDGMENT** |

Before the Court is Plaintiff Fire Island Fisheries Corporation ("Plaintiff") with a Motion for Partial Summary Judgment (Docket No. 45). Plaintiff argues, "[n]o issue of material fact with respect to liability remains for a jury to decide, and summary judgment in favor of [P]laintiff is therefore appropriate on that issue." Clerk's Docket No. 45 at 7. In response, Defendant Quality Marine of Alaska, Inc. ("Defendant") reveals it "does not dispute liability for the fire in this matter,

nor does it contest entry of summary judgment on that issue . . . ." Clerk's Docket No. 46 at 2. Consequently, Plaintiff's Motion for Partial Summary Judgment (Docket No. 45) is hereby **GRANTED**. Notwithstanding, the Court notes this determination "has no effect on the determination of the causation or amount of damages which are still at issue in this litigation." Id.

In its response to Plaintiff's Motion for Partial Summary Judgment (Docket No. 45), Defendant "moves to strike the Declaration of Kirk Greiner and attached exhibits from consideration of Plaintiff's Motion for Partial Summary Judgment." Clerk's Docket No. 46 at 2. However, inasmuch as Defendant "has offered no [specific] support for its [Motion to Strike (Docket No. 46)]," Clerk's Docket No. 47 at 4, the same is hereby **DENIED** without prejudice; whereby, the issue may be more appropriately revisited at a later time, e.g., at trial.

ENTERED at Anchorage, Alaska, this 31 day of Janaury, 2006.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE