RECEIVED
MAR 16 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

R. Bruce Johnston, WSBA # 4646
Law Office of R. Bruce Johnston
8040 N E Day Road West, Ste 6E
Bainbridge Island, WA 98110
(206) 842-1542 Fax: (206) 842-8554
bruce@rbrucejohnston.com

THE HONORABLE RALPH R. BEISTLINE

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FIRE ISLAND FISHERIES CORPORATION, a Washington Corporation<br><br>    Plaintiff,<br><br>v.<br><br>QUALITY MARINE OF ALASKA, an Alaska Corporation,<br><br>    Defendant<br><br>v.<br><br>AGATE PASS PARTNERSHIP, LLP, a Washington Limited Liability Partnership,<br><br>    Third Party Defendant. | Case No. A04-0253CV (RRB)<br><br>ANSWER, DEFENSES, COUNTERCLAIM AND CROSS CLAIM OF AGATE PASS PARTNERSHIP, LLP |

FOR ANSWER, DEFENSE, COUNTERCLAIM AND CROSS CLAIM, AGATE PASS PARTNERSHIP, LLP states and alleges as follows:

ANSWER, DEFENSES, COUNTERCLAIM,
CROSS CLAIM OF AGATE PASS

PAGE 1

ORIGINAL

LAW OFFICE OF
R. BRUCE JOHNSTON, P. S.
8040 N E Day Road West, Ste. 6E
Bainbridge Island, Washington 98110
(206) 842-1542  Fax (206) 842-8554

## ANSWER TO THIRD PARTY COMPLAINT

1. Deny Paragraph 1 of Third Party Complaint.

2. Admit Agate Pass Partnership, LLP held title to the f/v Starrigavan in 2003, otherwise Deny Paragraph 2 of the Third Party Complaint.

3. Deny Paragraph 3 of the Third Party Complaint.

4. As to Paragraph 4 of the Third Party Complaint, Admit that Agate Pass Partnership, LLP refused to pay anything to Defendant/Third Party Plaintiff; Deny Agate Pass Partnership, LLP had any obligation to pay Defendant/Third Party Plaintiff any money.

5. Deny Paragraph 5 of the Third Party Complaint.

## ADDITIONAL AND AFFIRMATIVE DEFENSES TO THIRD PARTY COMPLAINT

6. The Third Party Complaint fails to state a claim upon which relief may be granted.

7. Third Party Plaintiff has admitted liability for starting a fire aboard the Starrigavan; all damages caused by the fire are a proper set-off against any amount otherwise due or claimed by Third Party Plaintiff.

8. All work on the Starrigavan was performed for and at the request of Plaintiff, and Defendant/Third Party Plaintiff's only claim, if any, for work performed is against Plaintiff. This is admitted in the Counterclaim of Defendant/Third Party Plaintiff.

9. Third Party Plaintiff's claims are barred by the equitable doctrines of waiver, estoppel and laches.

ANSWER, DEFENSES, COUNTERCLAIM,
CROSS CLAIM OF AGATE PASS

PAGE 2

LAW OFFICE OF
R. BRUCE JOHNSTON, P. S.
8040 N E Day Road West, Ste. 6E
Bainbridge Island, Washington 98110
(206) 842-1542  Fax (206) 842-8554

10. Third Party Plaintiff had been fully paid by Plaintiff for any and all work, if any, which can be said to have been requested by Agate Pass Partnership, LLP. No debt exists from Agate Pass Partnership to Third Party Plaintiff.

### CROSS CLAIM AGAINST PLAINTIFF

11. Agate Pass Partnership, LLP is a Washington Limited Liability Partnership.

12. Fire Island Fisheries Corporation ("Fire Island") is a Washington Corporation.

13. In 2004, Agate Pass Partnership sold the f/v Starrigavan to Fire Island under a written agreement that required Fire Island to pay certain obligations of or related to the f/v Starrigavan, including, but not limited to, amounts owing to Third Party Plaintiff, if any.

14. Fire Island failed to pay certain obligations that it was required to pay under the purchase and sale agreement, and Agate Pass Partnership, LLP was required to pay such amounts, including, but not limited to approximately $18,000 paid to Mr. Doug Peterson or his company. Agate Pass Partnership, LLP's payment of that amount rendered Agate Pass Partnership, LLP the holder of a first lien on the f/v Starrigavan.

15. Fire Island has failed to pay the balance due on its contract of purchase of the vessel Starrigavan, in an amount to be proven at trial.

16. Fire Island is obligated to indemnify Agate Pass Partnership, LLP in respect of Third Party Plaintiff's claims against Agate Pass Partnership, LLP.

### COUNTERCLAIM AGAINST THIRD PARTY PLAINTIFF

17. Agate Pass Partnership, LLP is a Washington Limited Liability Partnership.

ANSWER, DEFENSES, COUNTERCLAIM,
CROSS CLAIM OF AGATE PASS

**PAGE 3**

LAW OFFICE OF
R. BRUCE JOHNSTON, P. S.
8040 N E Day Road West, Ste. 6E
Bainbridge Island, Washington 98110
(206) 842-1542  Fax (206) 842-8554

18.   Quality Marine of Alaska is an Alaska Corporation ("Quality Marine" or "Third Party Plaintiff").

19.   In anticipation of a sale of the f/v Starrigavan to Fire Island Fisheries Corporation ("Fire Island"), for the price of $150,000, less certain enumerated expenses of or for the vessel, Agate Pass Partnership, LLP entrusted (chartered at no cost) the f/v Starrigavan to Fire Island so that it could effect repairs and improvements to the vessel and make her ready to engage in commercial fisheries.

20.   Quality Marine was informed that Fire Island was authorized, for its own account, to request and obtain repairs and/or improvements to the f/v Starrigavan, and was further informed that the vessel was being sold to Fire Island, and that it was scheduled very soon to engage in fisheries.

21.   Quality Marine negligently caused a fire on the f/v Starrigavan which caused foreseeable loss to Agate Pass Partnership, LLP by, *inter alia* causing a reduction of the price Fire Island would pay for the vessel and/or increasing expenses charged by Fire Island against the purchase price for the vessel; causing Fire Island to miss fishing time and rendering it unable to pay amounts due to Agate Pass under its original business expectancy, and causing its involvement in this litigation, and as otherwise will be proven at trial.

### PRAYER FOR RELIEF

Agate Pass Partnership, LLP prays for judgment as follows:

1.   Dismissing Third Party Plaintiff's claims against it with prejudice and without costs.

2.   Against Third Party Plaintiff upon the Counterclaim, in the amount proven at trial.

3.   Against Plaintiff upon the Cross Claim, in the amount proven at trial.

**ANSWER, DEFENSES, COUNTERCLAIM,
CROSS CLAIM OF AGATE PASS**

**PAGE 4**

**LAW OFFICE OF
R. BRUCE JOHNSTON, P. S.**
8040 N E Day Road West, Ste. 6E
Bainbridge Island, Washington 98110
(206) 842-1542  Fax (206) 842-8554

4. For its costs and expenses incurred in connection with this action, including its reasonable attorney's fees.

5. For such other and further relief as to the court is just and equitable.

**DATED** this 14th day of March, 2006.

R. BRUCE JOHNSTON

/s/ R. Bruce Johnston
R. Bruce Johnston, WSBA # 4646
Manager and Owner of Agate Pass Partnership, LLP, **PRO SE**

**ANSWER, DEFENSES, COUNTERCLAIM, CROSS CLAIM OF AGATE PASS**

**PAGE** 5

LAW OFFICE OF
**R. BRUCE JOHNSTON, P. S.**
8040 N E Day Road West, Ste. 6E
Bainbridge Island, Washington 98110
(206) 842-1542  Fax (206) 842-8554