# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

FIRE ISLAND FISHERIES   v.   QUALITY MARINE

DATE:   April 10, 2006          CASE NO.   3:04-CV-0253-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE TRIAL**

---

This matter is set for trial to begin April 17, 2006, with the final pretrial conference set for April 13, 2006.

At present, there is a criminal trial set ahead of the instant case that will likely settle. Given the Court's calendar, however, it is unlikely that trial can begin in this matter until Tuesday, April 18, 2006.

This matter can be addressed more specifically at the final pretrial conference.

M.O. RE TRIAL