Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
Phone: (206) 287-1775
Fax: (206) 287-9113
Attorney for Defendant/Third-party Plaintiff
Quality Marine of Alaska, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FIRE ISLAND FISHERIES CORPORATION, a Washington Corporation,<br><br>                                 Plaintiff(s),<br>     v.<br><br>QUALITY MARINE OF ALASKA, an Alaskan Corporation; ALASKACATCH LLC, a Washington Corporation; and NAUTICAL SPECIALTIES, INC., a Michigan Corporation,<br><br>                                 Defendant(s). | NO. A04-0253CV (RRB)<br><br>NOTICE OF SETTLEMENT<br><br>[CLERK'S ACTION REQUIRED] |
| QUALITY MARINE OF ALASKA, an Alaskan Corporation,<br><br>                        Third-party Plaintiff(s),<br>     v.<br><br>AGATE PASS PARTNERSHIP, LLP, a Washington Limited Liability Partnership,<br><br>                      Third-party Defendant(s). | |

TO:        Anthony M. Urie, Attorney for Plaintiff;

AND TO:    R. Bruce Johnston, Attorney for Third-party Defendant Agate Pass Partnership LP;

AND TO:    Clerk of the Court.

1

NOTICE IS HEREBY GIVEN that all claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be stricken from the court calendar. This notice is being filed with the consent of all parties.

DATED this __11th__ day of April, 2006.

        PREG O'DONNELL & GILLETT PLLC

        By_____/s/_____
          Eric P. Gillett, ABA 8611111
          Preg O'Donnell & Gillett PLLC
          1800 Ninth Ave., Suite 1500
          Seattle, WA 98101-1340
          egillett@pregodonnell.com
          P: 206-287-1775  F: 206-287-9113
        Attorneys for Defendant/Third-party Plaintiff
        Quality Marine of Alaska, Inc.

        LAW OFFICE OF ANTHONY M. URIE

        By_____/s/_____
          Anthony M. Urie, WSBA 11711
          7545 15th Ave. Northwest
          Seattle, WA 98117
          P: 206-784-6100  F: 206-784-6478
          anthonyurie@gmail.com
        Attorneys for Plaintiff Fire Island Fisheries
        Corporation

        LAW OFFICE OF BRUCE R. JOHNSTON

        By_____/s/_____
          R. Bruce Johnston, WSBA 4646
          8040 Northeast Day Road West, Suite 6-E
          Bainbridge Island, WA 98110
          P: 206-842-1542  F: 206-201-5107
          brucej@starband.net
        Attorneys for Third-party Defendant Agate Pass
        Partnership LP