Eric P. Gillett, Esq.
Preg O'Donnell & Gillett PLLC
1800 Ninth Avenue, Suite 1500
Seattle, WA 98101-1340
Phone: (206) 287-1775
Fax: (206) 287-9113
Attorney for Defendant Quality Marine of Alaska

Honorable Ralph R. Beistline

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FIRE ISLAND FISHERIES CORPORATION, a Washington Corporation,

    Plaintiff(s),

v.

QUALITY MARINE OF ALASKA, an Alaskan Corporation; ALASKACATCH LLC, a Washington Corporation; and NAUTICAL SPECIALTIES, INC., a Michigan Corporation,

    Defendant(s).

QUALITY MARINE OF ALASKA, an Alaskan Corporation,

    Third-party Plaintiff(s),

v.

AGATE PASS PARTNERSHIP, LLP, a Washington Limited Liability Partnership,

    Third-party Defendant(s).

NO. A04-0253CV (RRB)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

(Clerk's Action Required)

## STIPULATION

COME NOW all parties hereto, in all their capacities, by and through their undersigned attorneys of record, and stipulate that all claims asserted herein, or which could have been

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
10217-0005 32745.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

asserted herein, by and between the parties, shall be dismissed with prejudice and without costs to any party, with the exception of Agate Pass Partnership's claim against Fire Island Fisheries which shall be dismissed without prejudice.

DATED at Seattle, Washington this ___ day of April_____, 2006.

PREG O'DONNELL & GILLETT PLLC

By _____
Eric P. Gillett ABA #8611111
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
egillett@pregodonnell.com
P: 206-287-1775 F: 206-287-9113
Attorney for Defendant/Third-party Plaintiff
Quality Marine of Alaska, Inc.

LAW OFFICE OF ANTHONY M. URIE

By _____
Mr. Anthony M. Urie WSBA #11711
7545 15th Ave. Northwest
Seattle, WA 98117
P: 206-784-6100 F: 206-784-6478
anthonyurie@gmail.com
Attorney for Plaintiff

LAW OFFICE OF R. BRUCE JOHNSTON

By _____
Mr. R. Bruce Johnston WSBA #4646
8040 Northeast Day Road West, Suite 6-E
Bainbridge Island, WA 98110
P: 206-842-1542 F: 206-201-5107
brucej@starband.net
Attorneys for Defendant Agate Pass Partnership LP

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
10217-0005 32745.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

04/24/2006 MON 9:16 FAX 2067846478 Law Office Anthony Urie 003/004
Case 3:04-cv-00534-RRB Document 50 Filed 04/25/2006 Page 3 of 4

APR. 21. 2006 9:29AM    PREG O'DONELL & GILLETT 287-9113                NO. 1660   P. 3/4

1  asserted herein, by and between the parties, shall be dismissed with prejudice and without
2  costs to any party, with the exception of Agate Pass Partnership's claim against Fire Island
3  Fisheries which shall be dismissed without prejudice.
4       DATED at Seattle, Washington this 17 day of April, 2006.

5                               PREG O'DONNELL & GILLETT PLLC

7       By _____
           Eric P. Gillett ABA #6611111
8          Preg O'Donnell & Gillett PLLC
           1800 Ninth Ave., Suite 1500
9          Seattle, WA 98101-1340
           egillett@pregodonnell.com
10         P: 206-287-1775 F: 206-287-9113
           Attorney for Defendant/Third-party Plaintiff
11         Quality Marine of Alaska, Inc.

12
        LAW OFFICE OF ANTHONY M. URIE
13

14      By _____
           Mr. Anthony M. Urie WSBA #11711
15         7545 15th Ave. Northwest
           Seattle, WA 98117
16         P: 206-784-6100 F: 206-784-6478
           anthonyurie@gmail.com
17         Attorney for Plaintiff

18
        LAW OFFICE OF R. BRUCE JOHNSTON
19

20      By _____
           Mr. R. Bruce Johnston WSBA #4646
21         8040 Northeast Day Road West, Suite 6-E
           Bainbridge Island, WA 98110
22         P: 206-842-1542 F: 206-201-5107
           brucej@starband.net
23      Attorneys for Defendant Agate Pass Partnership
        LP
24

25

STIPULATION AND ORDER OF DISMISSAL WITH          PREG O'DONNELL & GILLETT PLLC
PREJUDICE - 2                                    1800 NINTH AVENUE, SUITE 1500
10217-0005 32745.doc                             SEATTLE, WASHINGTON 98101-1340
                                                 TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

asserted herein, by and between the parties, shall be dismissed with prejudice and without costs to any party, with the exception of Agate Pass Partnership's claim against Fire Island Fisheries which shall be dismissed without prejudice.

DATED at Seattle, Washington this 12 day of April, 2006.

PREG O'DONNELL & GILLETT PLLC

By _____
Eric P. Gillett ABA #8611111
Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA 98101-1340
egillett@pregodonnell.com
P: 206-287-1775 F: 206-287-9113
Attorney for Defendant/Third-party Plaintiff
Quality Marine of Alaska, Inc.

LAW OFFICE OF ANTHONY M. URIE

By _____
Mr. Anthony M. Urie WSBA #11711
7545 15th Ave. Northwest
Seattle, WA 98117
P: 206-784-6100 F: 206-784-6478
anthonyurie@gmail.com
Attorney for Plaintiff

LAW OFFICE OF R. BRUCE JOHNSTON

By _____
Mr. R. Bruce Johnston WSBA #4646
8040 Northeast Day Road West, Suite 6-E
Bainbridge Island, WA 98110
P: 206-842-1542 F: 206-201-5107
brucej@starband.net
Attorneys for Defendant Agate Pass Partnership LP

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
10217-0005 32745.doc

PREG O'DONNELL & GILLETT PLLC
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON 98101-1340
TELEPHONE: (206) 287-1775 · FACSIMILE: (206) 287-9113