IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FIRE ISLAND FISHERIES CORPORATION, a Washington Corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>QUALITY MARINE OF ALASKA, INC., an Alaskan Corporation, ALASKACATCH, LLC, a Washington Corporation; and NAUTICAL SPECIALTIES, INC., a Michigan Corporation,<br><br>          Defendants.<br>_____<br><br>QUALITY MARINE OF ALASKA, an Alaskan Corporation,<br><br>          Third-Party<br>          Plaintiff,<br><br>vs.<br><br>AGATE PASS PARTNERSHIP, LLP, a Washington Limited Liability Partnership,<br><br>          Third-Party<br>          Defendant. | Case No. 3:04-CV-0253-RRB<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ORDER OF DISMISSAL** |

ORDER OF DISMISSAL - 1
3:04-CV-0253-RRB

Based upon the Stipulation filed by the parties at Docket 57, all claims asserted herein, or which could have been asserted herein, are **DISMISSED WITH PREJUDICE**, each side to bear its own costs and fees, with the exception of Agate Pass Partnership's claim against Fire Island Fisheries, which is **DISMISSED WITHOUT PREJUDICE.**

ENTERED this 25th day of April, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE